IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:12-CR-00404-LJO |
| | ) | |
| Plaintiff, | ) | ORDER OF RELEASE |
| | ) | |
| vs. | ) | |
| | ) | |
| JUAN CUEN-TIZOC, | ) | |
| | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced to Time Served on December 10, 2012.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:  December 10, 2012**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1